# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDREI MARCUS DAVIS,
                        Appellant,
vs.
THE STATE OF NEVADA,
                        Respondent.

No. 73308

FILED

JUL 05 2017

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                                Stiglich

cc:  Hon. Eric Johnson, District Judge
     Andrei Marcus Davis
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk